ACCEPTED
08-18-00134-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 3:22 PM
DENISE PACHECO
CLERK

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
9/4/2018 3:22:27 PM
DENISE PACHECO
Clerk

## ORIGINAL PROCEEDING NO. 08-18-00134-CV

*In re:*

**GILBERT MALOOLY, AND CHRIS MALOOLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GERALDINE MALOOLY, INTERVENORS, TERI FINNEGAN, LEE CHAGRA, JR., JOANNA KRANCHER, TINA CHAGRA, PLAINTIFFS/INTERVENOR, & LESLE C. KARAM, THIRD PARTY DEFENDANT**

*Relators*.

Original Proceeding From Probate Court Number Two
of El Paso County, Texas (No. 2012-CPR03934-A)
The Honorable Eduardo Gamboa, Judge Presiding

## LESLIE C. KARAM'S TRAP 9.7 NOTICE OF ADOPTION BY REFERENCE OF THE PETITION FOR WRIT OF MANDAMUS, FILED JULY 29, 2018

Relator Leslie C. Karam, submits this TRAP 9.7 Notice of Adoption by Reference of the Petition for Writ of Mandamus, Filed July 29, 2018, by Relators Gilbert Malooly, and Chris Malooly, as Personal Representative of the Estate of Geraldine Malooly, and shows as follows:

1

1. On July 29, 2018, Relators Gilbert Malooly, and Chris Malooly, as Personal Representative of the Estate of Geraldine Malooly, Intervenors in the suit below, filed their Petition for Writ of Mandamus and requested the Court grant their Petition and issue a writ of mandamus requiring Respondent, the Honorable Eduardo Gamboa, to withdraw and vacate his Order granting supplemental requests for partial distribution made by Real Party in Interest James Kirby Read, as Successor Permanent Dependent Administrator For the Estate of Edward Abraham, Deceased; and to follow existing law and procedures in determining the merits of the Successor Dependent Administrator's Supplemental Request for a Partial Distribution; and that the Court grant Relators' emergency motion for temporary relief and award Relators all such other relief to which they are justly entitled.

2. On July 30, 2018, the Court entered an order granting Relators' motion to stay and ordered that the stay will remain in effect pending resolution of this original proceeding or further order of the Court.

3. On July 31, 2018, the Court requested a response from the Real Party(ies) in Interest be filed on or before August 30, 2018.

4. Texas Rule of Appellate Procedure 9.7 provides "[a]ny party may join in or adopt by reference all or any part of a brief, petition, response, motion, or other document filed in an appellate court by another party in the same case." *See* Tex. R.

App. P. 9.7. Leslie C. Karam is a Third Party Defendant in the suit below and so is a party to this petition. *See* Tex. R. Civ. P. 52.2 ("A person whose interest would be directly affected by the relief sought is a real party in interest and a party to the case.").

6. Texas Rule of Appellate Procedure 52.2 further provides "[t]he party seeking the relief [in an original appellate proceeding seeking mandamus relief] is the relator. In original proceedings other than habeas corpus, the person against whom relief is sought – whether a judge, court, tribunal, officer, or other person – is the respondent. A person whose interest would be directly affected by the relief sought is a real party in interest and a party to the case." *See* Tex. R. App. P. 52.2.

6. For purposes of the issues presented in the Petition for Writ of Mandamus, the interests of Leslie C. Karam, Third Party Defendant in the suit below are the same as those of Relators Gilbert Malooly, and Chris Malooly, as Personal Representative of the Estate of Geraldine Malooly, Intervenors in the suit below, and Teri Finnegan, Lee Chagra, Jr., Joanna Krancher and Tina Chagra, Plaintiffs/Intervenor in the suit below. Pursuant to TRAP 9.7, (now) Relator Leslie C. Karam hereby joins in and adopts by reference the Petition for Writ of Mandamus filed July 29, 2018, and seek the same relief from the Court as set forth in the Petition for Writ of Mandamus filed July 29, 2018.

Respectfully submitted,

**LAW OFFICE OF JEROME M. KARAM**

Jerome M. Karam
308 W. Parkwood, Suite 104A
Friendswood, Texas 77546
(832) 282-8451 – phone
*Attorney for Relator Leslie C. Karam,*
*Third Party Defendant*


 */s/ Jerome M. Karam*
**JEROME M. KARAM**
State Bar No. 110497300

# CERTIFICATE OF COMPLIANCE WITH RULE 9.4

1.   This notice complies with the type-volume limitations of Rule 9.4 of the Texas Rules of Appellate Procedure, because this response contains 955 words, including parts of the notice exempted under TRAP 9.4(i)(1).

2.   This notice complies with the typeface requirements of the Texas Rules of Civil and Appellate Procedure because this response has been prepared in a proportionally spaced typeface using Word Times New Roman, 14 point font (footnotes in 12 point font).


   */s/ Jerome M. Karam*
   **JEROME M. KARAM**
   Dated: September 4, 2018


# CERTIFICATE OF SERVICE

I hereby certify that on this **4th day of September, 2018**, a true and correct copy of the foregoing was served by e-service and/or e-mail in accordance with the Texas Rules of Appellate Procedure to the following:

Honorable Eduardo Gamboa
Probate Court Number Two, El Paso County, Texas
El Paso County Courthouse
500 E. San Antonio, Room 500
El Paso, Texas 79901
(915) 546-8183 – phone
(915) 875-8530 – fax
Egamboa@epcounty.com
*Respondent*

Mark C. Walker
mwalker@dickinson-wright.com
Mario Franke
mfranke@dickinson-wright.com
Dickinson Wright PLLC
221 N. Kansas St., Suite 2000
El Paso, Texas 79901
(915) 541-9322 – phone
(844) 670-6009 – fax
*Attorneys for Relators Gilbert Malooly, and Chris Malooly, as Personal*
*Representative of the Estate of Geraldine Malooly, Intervenors*

Sam J. Legate
samlegate@scherrlegate.com
Joseph G. Isaac
Jisaac@scherrlegate.com
Scherr Legate, PLLC
109 N. Oregon 12th Floor
El Paso, Texas 79901
(915) 544-0100 – phone
(915) 532-1759- fax
*Attorneys for Relators Teri Finnegan Lee Chagra, JR.,*
*Joanna Krancher, and Tina Chagra*

Darron Powell
xvdlp@yahoo.com
1517 Campbell
El Paso, Texas 79902
(915) 313-0081 – phone
(915)241-5194 – fax
*Attorney for Real Party in Interest James Kirby Read,*
*as Permanent Dependent Administrator with Will and Codicil*
*Annexed For the Estate of Edward Abraham, Deceased, Defendant*

*/s/ Jerome M. Karam*
**JEROME M. KARAM**